**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7510**

MARCUS WALKER,

                    Plaintiff - Appellant,

          v.

MARQUETTE WILLIAMS, Medical Administrator; DOCTOR HERCULES,
Correctional Center Physician; PAM SMITH, Director of
Nurses; CON MED HEALTHCARE MANAGEMENT,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony John Trenga,
District Judge. (1:10-cv-00889-AJT-TRJ)

Submitted: January 31, 2012      Decided: February 3, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Walker, Appellant Pro Se.  Ruth Griggs, SANDS ANDERSON,
PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Walker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Walker v. Williams, No. 1:10-cv-00889-AJT-TRJ (E.D. Va. filed Oct. 18, 2011 & entered Oct. 19, 2011). We deny Walker's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED